AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SELYA, BRUCE M. | UNITED STATES COURT OF APPEALS | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

316 FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 2. | ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 3. | DIRECTOR | BRADLEY HOSPITAL ( A NON-PROFIT CORPORATION) |
| 4. | TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 5. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 6. | DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND (A NON-PROFIT CORPORATION) |
| 7. | DIRECTOR | LIFESPAN CORPORATION (NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 8. | TRUSTEE | LIFESPAN OF MASSACHUSETTS (NON-PROFIT HOLDING COMPANY) |
| 9. | DIRECTOR | NEWPORT HOSPITAL ( A NON-PROFIT CORPORATION) |
| 10. | LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES (REAL ESTATE LIMITED PARTNERSHIP) |
| 11. | ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12. | DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 13. | DIRECTOR | THE MIRIAM HOSPITAL (A NON-PROFIT CORPORATION) |
| 14. | DIRECTOR | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

| | | |
|---|---|---|
| 15. | JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 16. | GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES (REAL ESTATE GENERAL PARTNERSHIP) |
| 17. | MEMBER | YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2012 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW - ADJUNCT PROFESSOR | $26,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT # 1 (H) | | | | | | | | | |
| 2.  AGAWAM HUNT NOTE RECEIVABLE | A | Interest | J | T | | | | | REPORTED ON LINE 13 PRIOR |
| 3.  FRIENDSHIP REALTY 40%, LINCOLN, RI | E | Rent | N | W | | | | | |
| 4.  MA INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 5.  MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 6.  MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 7.  ORBIS INC COMMON STOCK | A | Dividend | J | W | | | | | |
| 8.  PHOENIX COMMON STOCK | | None | K | T | Sold (part) | 8/10/12 | J | A | |
| 9.  POCASSET VILLAGE ASSOC 2.5%, CRANSTON, RI | A | Rent | J | W | | | | | |
| 10. SELYA PROPERTIES 50%, PROVIDENCE, RI | C | Rent | L | W | | | | | |
| 11. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 12. WASHINGTON TRUST BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH | G | Rent | P1 | W | | | | | |
| 14. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 15. BANK OF AMERICA ACCOUNTS | A | Interest | L | T | | | | | |
| 16. BANK OF RHODE ISLAND ACCOUNTS | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. CAMBRIDGE SAVINGS BANK ACCOUNT | A | Interest | L | T | | | | | |
| 18. RBS CITIZENS ACCOUNT | A | Interest | K | T | | | | | |
| 19. RBS CITIZENS IRA ACCOUNT | B | Interest | K | T | | | | | |
| 20. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 21. NY LIFE INSURANCE & ANNUITY CORPORATION ANNUITY | | None | M | T | Buy | 01/01/12 | M | | |
| 22. PHOENIX MUTUTAL LIFE INS CO CSV | | None | K | T | | | | | |
| 23. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 24. BANK OF AMERICA ACCOUNT | A | Interest | O | T | Open | 1/1/2012 | O | | |
| 25. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | | | | | |
| 26. MERRILL LYNCH CASH MNGMT ACCOUNT | A | Interest | N | T | | | | | |
| 27. PAWTUCKET RI BOND MUNI BOND | C | Interest | M | T | | | | | |
| 28. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | A | Interest | K | T | | | | | |
| 29. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | A | Interest | K | T | Sold (part) | 05/03/12 | J | A | |
| 30. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | B | Interest | K | T | | | | | |
| 31. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | A | Interest | J | T | Sold (part) | 08/01/12 | K | A | |
| 32. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | E | Interest | N | T | | | | | |
| 33. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. RI PROV PLANTATIONS BOND MUNI BOND | D | Interest | N | T | | | | | |
| 35. RHODE ISLAND CLEAN WATER BOND MUNI BOND | C | Interest | M | T | | | | | |
| 36. WARWICK RI BOND MUNI BOND | B | Interest | L | T | | | | | |
| 37. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. BARRICK GOLD CORPORATION STOCK | A | Dividend | K | T | | | | | |
| 39. BROOKLINE BANCORP INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 40. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 42. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 43. NEWMONT MINING CORP. STOCK | B | Dividend | K | T | | | | | |
| 44. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 46. BROKERAGE ACCOUNT # 4 (H) | | | | | | | | | |
| 47. BANK OF AMERICA ACCOUNT | A | Interest | K | T | | | | | |
| 48. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 49. B OF A TAX EXEMPT RESERVES CASH FUND | A | Dividend | M | T | | | | | |
| 50. CENTURYLINK INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FRONTIER COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/31/12 | J | A | |
| 52. MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 53. MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. ONEOK, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 55. PERKINELMER INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 56. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. TEXTRON, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 59. UNION PAC CORP COMMON STOCK | B | Dividend | M | T | | | | | |
| 60. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 61. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. FAIRPOINT COMMUNICATIONS INC. | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 63. BROKERAGE ACCOUNT # 5 (H) | | | | | | | | | |
| 64. 3M CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 65. AIR PRODUCTS & CHEMICALS, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 66. ALLIANCE DATA SYS CORP COMMON STOCK | A | Dividend | L | T | Buy | 07/01/12 | L | | |
| 67. ALLSTATE CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 03/27/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AMAZON COM IMC COMMON STOCK | A | Dividend | L | T | Buy | 08/06/12 | L | | |
| 69. AMERICAN MOVIL-ADR SERIES L COMMON STOCK | A | Dividend | | | Sold | 12/01/12 | K | A | |
| 70. AMERIPRISE FINANCIAL, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/12/12 | K | | |
| 71. AMGEN INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 72. ANALOG DEVICES, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 73. APACHE CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/12/12 | L | A | |
| 74. APPLE INC COMMON STOCK | A | Dividend | | | Buy | 03/26/12 | L | | |
| 75. | | | | | Sold | 12/12/12 | L | A | |
| 76. ARIZONA BRD REGENTS 5% MUNICIPAL BOND | D | Interest | | | Matured | 06/01/12 | M | A | |
| 77. AT&T INC COMMON STOCK | C | Dividend | L | T | | | | | |
| 78. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 79. BAIDU, INC COMMON STOCK | A | Dividend | | | Buy | 09/19/12 | L | | |
| 80. | | | | | Sold | 12/12/12 | K | A | |
| 81. BAXTER INTERNATION INC COMMON STOCK | B | Dividend | | | Sold | 07/17/12 | L | B | |
| 82. BHP LTD COMMON STOCK | A | Dividend | K | T | Buy | 12/12/12 | K | | |
| 83. BNY MELLON NTL INTER MUNI BONDS | D | Interest | M | T | | | | | |
| 84. BRISTOL RI DTD 2/15/10 4.5% MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. CAPITAL ONE FINANCIAL CORP COMMON STOCK | A | Dividend | L | T | Buy | 04/12/12 | L | | |
| 86. CATERPILLAR INC COMMON STOCK | B | Dividend | | | Sold | 12/12/12 | L | A | |
| 87. CELANESE CORP COMMON STOCK | A | Dividend | K | T | Buy | 12/12/12 | K | | |
| 88. CENTERPOINT ENERGY, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/12/12 | K | | |
| 89. CHEVRON CORPORATION COMMON STOCK | B | Dividend | L | T | | | | | |
| 90. CHINA MOBILE LTD-SPON ADR COMMON STOCK | A | Dividend | K | T | | | | | |
| 91. CHUBB CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 08/06/12 | J | | |
| 92. COGNIZANT TECHONOLOGY SOLUTIONS CORP | A | Dividend | L | T | Buy | 07/19/12 | K | | |
| 93. CONOCOPHILLIPS COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 12/12/12 | J | | |
| 94. CONSTANT CONTACT INC COMMON STOCK | A | Dividend | | | Sold | 10/08/12 | K | A | |
| 95. CRA BNY MELLON, N.A. CASH | A | Interest | O | T | Buy (add'l) | 01/01/12 | O | | |
| 96. | | | | | Sold (part) | 01/01/12 | O | A | |
| 97. DENSO CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 12/12/12 | J | | |
| 98. DIGITAL REALTY TRUST INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 08/06/12 | J | | |
| 99. DONNELLEY R R & SONS CO. COMMON STOCK | C | Dividend | | | Sold | 11/07/12 | K | A | |
| 100. DUPONT AND COMPANY COMMON STOCK | A | Dividend | | | Sold | 04/12/12 | L | D | |
| 101. EATON CORPORATION PLC (F/K/A EATON CORP.) COMMON STOCK | B | Dividend | L | T | | | | | NAME CHANGE |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. EMERSON ELECTRIC CO. COMMON STOCK | A | Dividend | | | Sold | 05/02/12 | K | D | |
| 103. EXXON MOBIL CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 104. FANUC LIMITED COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 12/12/12 | J | | |
| 105. FORT WORTH TEX WTR SWR 5.0% MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 106. GENERAL ELECTRIC CO. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 07/17/12 | J | | |
| 107. GENERAL MILLS, INC. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/12/12 | J | | |
| 108. GENUINE PARTS CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 109. GOLDMAN SACHS GROUP, INC. COMMON STOCK | A | Dividend | | | Sold | 01/01/12 | K | A | |
| 110. GOOGLE INC COMMON STOCK | A | Dividend | | | Sold | 04/25/12 | K | B | |
| 111. HANGER INC COMMON STOCK | A | Dividend | K | T | Buy | 10/08/12 | K | | |
| 112. HARRIS CORPORATION COMMON STOCK | B | Dividend | | | Sold | 06/01/12 | K | A | |
| 113. HAWAII ST 5% MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 114. HOME DEPOT, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 115. HONEYWELL INTL INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 116. ILLINOIS TOOL WKS INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 12/12/12 | J | | |
| 117. INDIANAPOLIS IND PUB IMPT DTD 2/17/10 5% MUNI BOND | B | Interest | L | T | | | | | |
| 118. INFORMATICA CORP COMMON STOCK | A | Dividend | | | Buy (add'l) | 04/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold | 11/08/12 | K | A | |
| 120. INTERNATIONAL BUSINESS MACHINES CORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 121. INVESCO LIMITED COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 08/06/12 | J | | |
| 122. JOHNSON & JOHNSON COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 04/12/12 | K | | |
| 123. KELLOGG CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 124. KILLEEN TEX DTD 10/1/2004 4% MUNI BOND | B | Interest | L | T | | | | | |
| 125. KRAFT FOOD GROUPS INC (F\K\A KRAFT FOODS, INC.) COMMON STOCK | B | Dividend | K | T | Sold (part) | 10/25/12 | J | A | NAME CHANGE |
| 126. LIMITED BRANDS, INC. COMMON STOCK | B | Dividend | | | Sold | 08/06/12 | M | F | |
| 127. LORILLARD, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 128. LUZERNE CNTY PA DTD 12/14/06 MUNICIPAL BOND | A | Interest | M | T | | | | | |
| 129. MCDONALD'S CORPORATION COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/12/12 | K | | |
| 130. MCGRAW HILL COMPANIES, INC. COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 12/12/12 | J | | |
| 131. MCKESSON CORPORATION COMMON STOCK | A | Dividend | L | T | Buy | 03/27/12 | L | | |
| 132. MERCK & CO., INC. COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 08/06/12 | J | | |
| 133. MICROCHIP TECHNOLOGY, INC. COMMON STOCK | C | Dividend | L | T | | | | | |
| 134. MICROSOFT CORPORATION COMMON STOCK | A | Dividend | | | Sold | 07/19/12 | M | E | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. MONDELEZ INTERNATIONAL WI COMMON STOCK | C | Dividend | L | T | Buy | 12/12/12 | J | | |
| 136. NATIONAL GRID PLC COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 01/01/12 | J | | |
| 137. NEWPORT RI DTD 4/1/2010 5% MUNI BOND | B | Interest | L | T | | | | | |
| 138. NEXTERA ENERGY INC COMMON STOCK | B | Dividend | L | T | | | | | |
| 139. NINTENDO OF AMERICA LTD. COMMON STOCK | A | Dividend | | | Sold | 10/03/12 | J | A | |
| 140. NOMURA HOLDINGS INC. COMMON STOCK | A | Dividend | | | Sold | 12/12/12 | K | A | |
| 141. NORFOLK SOUTHERN CORPORATION COMMON STOCK | A | Dividend | | | Sold | 03/26/12 | L | D | |
| 142. NOVARTIS AG COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 07/09/12 | K | | |
| 143. NXP SEMICONDUCTORS N V COMMON STOCK | A | Dividend | K | T | Buy | 10/03/12 | K | | |
| 144. OAO GAZPROM SPONSORED ADR COMMON STOCK | A | Dividend | | | Sold | 12/12/12 | K | A | |
| 145. OCCIDENTAL PETROLEUM CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/12/12 | K | | |
| 146. OLIN CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 147. OMNICOM GROUP INC. COMMON STOCK | A | Dividend | | | Sold | 03/27/12 | K | D | |
| 148. OPNET TECHNOLOGIES INC. COMMON STOCK | B | Dividend | M | T | | | | | |
| 149. ORACLE CORP. COMMON STOCK | A | Dividend | L | T | | | | | |
| 150. OREGON ST DEPT OF TR MUNI BOND | C | Interest | M | T | Buy | 06/07/12 | M | | |
| 151. PEPSICO INC. COMMON STOCK | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. PETROLEO BRASILEIRO SA PETROBRAS SPONSORED ADR COMMON STOCK | A | Dividend | | | Sold | 09/19/12 | K | A | |
| 153. PFIZER, INC. COMMON STOCK | D | Dividend | M | T | | | | | |
| 154. PHILLIPS 66 | A | Dividend | | | Spinoff (from line 93) | 05/01/12 | K | | |
| 155. | | | | | Sold | 07/02/12 | K | D | |
| 156. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | C | Dividend | M | T | | | | | |
| 157. PRAXIR INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 07/19/12 | K | | |
| 158. PURDUE UNIV IND REVS DTD 4/9/2009 5% BOND | B | Interest | L | T | | | | | |
| 159. QUALCOMM, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 160. RI CLEAN WATER MUNICIPAL BOND | D | Interest | M | T | | | | | |
| 161. RI ST & PROVIDENCE DTD 12/18/2008 5% MUNI BOND | C | Interest | L | T | | | | | |
| 162. RI ST & PROV PLANTATIONS MUNICIPAL BOND | D | Interest | M | T | | | | | |
| 163. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | | | | | |
| 164. RI STATE ECONOMIC DEV CORP REV DTD 03/02/2006 5% MUNI BOND | B | Interest | L | T | | | | | |
| 165. ROCHE HOLDINGS LTD SPONSORED ADR COMMON STOCK | A | Dividend | K | T | Buy | 10/03/12 | K | | |
| 166. SAN ANTONIO TEX DTD 11/15/2002 5.5% MUNI BOND | B | Interest | | | Redeemed | 02/01/12 | K | A | |
| 167. SCHLUMBERGER, LTD. COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. SEAGATE TECHNOLOGY COMMON STOCK | C | Dividend | L | T | | | | | |
| 169. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 08/06/12 | K | | |
| 170. SOUTH CAROLINA ST PUB DTD 11/5/09 MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 171. SPECTRA ENERGY CORPORATION COMMON STOCK | C | Interest | L | T | | | | | |
| 172. TEXAS INSTRUMENTS INC. COMMON STOCK | A | Dividend | | | Sold | 10/03/12 | K | C | |
| 173. THE PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 174. THE TOCQUEVILLE GOLD FUND COMMONN STOCK | A | Dividend | M | T | Buy | 01/27/12 | M | | |
| 175. THE WALT DISNEY CO. COMMON STOCK | B | Dividend | M | T | | | | | |
| 176. TOTAL S.A. ADR COMMON STOCK | B | Dividend | | | Sold | 12/12/12 | K | A | |
| 177. TRANSCANDA CORP COMMON STOCK | B | Dividend | L | T | Buy | 04/25/12 | L | | |
| 178. TYCO INTERNATIONAL LTD | A | Dividend | K | T | Buy | 12/12/12 | K | | |
| 179. ULTIMATE SOFTWARE GROUP COMMON STOCK | A | Dividend | L | T | | | | | |
| 180. UNITED TECHNOLOGIES CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 181. VALE SA COMMON STOCK | A | Dividend | | | Sold | 12/12/12 | J | A | |
| 182. WALGREEN CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 183. WASHINGTON ST DTD 7/8/09 5% MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 184. WESTERLY RI DTD 8/1/01 5% MUNICIPAL BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 185. WICHATA FALLS TX WTR & SWR REV DTD 4.25% MUNICIPAL BOND | C | Interest | M | T | | | | | |
| 186. WILLIAMS COS, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 187. WINDSTREAM CORP. COMMON STOCK | A | Dividend | J | T | Sold (part) | 12/12/12 | K | A | |
| 188. WPX ENERGY INC COMMON STOCK | A | Dividend | J | T | Spinoff (from line 186) | 01/01/12 | J | | |
| 189. XL GROUP PLC COMMON STOCK | B | Dividend | L | T | | | | | |
| 190. XILINX, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 191. YUM! BRANDS, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 192. ZURICH INSURANCE GROUP AG (F\K \AZURICH FINL ) COMMON STOCK | A | Dividend | L | T | | | | | NAME CHANGE |
| 193. BROKERAGE ACCOUNT # 6 (H) | | | | | | | | | |
| 194. AMERICAN EXPRESS CENTURION ACCOUNT | A | Interest | L | T | Open | 01/01/12 | L | | |
| 195. SUNTRUST BANK ACCOUNT | A | Interest | J | T | | | | | |
| 196. PROVIDENCE RI SER A MUNICIPAL BOND | B | Interest | | | Sold | 07/11/12 | L | A | |
| 197. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | A | Interest | L | T | Buy | 06/08/12 | L | | |
| 198. BROKERAGE ACCOUNT # 7 (H) | | | | | | | | | |
| 199. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 10/1/12 | J | | |
| 200. ML BANK DEPOSIT PROGRAM CASH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BRUCE M. SELYA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544